479 F.2d 1045
 NUCLEAR CORPORATION OF AMERICA, Plaintiff-Appellee,
v.
Bill G. HALE et al., Defendants-Appellants.
 No. 73-1865 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 July 10, 1973.
 
 Keith Nelson, Wichita Falls, Tex., for defendants-appellants.
 Terry Guy Shipley, Noble, Okl., Ralph W. Pulley, Jr., Jack L. Coke, Jr., Dallas, Tex., for plaintiff-appellee.
 Before GEWIN, COLEMAN and MORGAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 After consideration of the briefs, trial record, and reported memorandum opinion of the District Judge, 355 F. Supp. 193, we conclude that the district court should be
 
 
 2
 Affirmed.
 
 
 
 *
 Rule 18, 5 Cir.; Isbell Enterprises Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I